# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 563 |
| | : | |
| ADOPTION OF THE PENNSYLVANIA | : | JUDICIAL ADMINISTRATION |
| RULES OF THE JUDICIAL ETHICS | : | DOCKET |
| ADVISORY BOARD | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of January, 2022, the proposals having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. 103(a)(3):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Pennsylvania Rules of the Judicial Ethics Advisory Board ("Pa.R.J.E.A.B.") are adopted in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective immediately, except that Rule 103(b) and Subchapter B of the Pa.R.J.E.A.B. shall be effective July 1, 2022.

     Justice Brobson did not participate in the consideration or decision of this matter.